```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  MICHAEL PETRIK, Jr., #177913
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorneys for Defendant
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 12-111 WBS |
|---|---|
| Plaintiff, | ) STIPULATION AND [~~PROPOSED~~] ORDER |
| | ) TO CONTINUE STATUS CONFERENCE TO |
| v. | ) JUNE 4, 2012, AT 9:30 A.M. |
| DARREN BROWN, | ) Date: April 23, 2012 |
| | ) Time: 9:30 a.m. |
| Defendant. | ) Judge: Hon. William B. Shubb |

THE PARTIES STIPULATE, through counsel, Matthew G. Morris, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Darren Brown, that the Court should vacate the status conference scheduled for April 23, 2012, at 9:30 a.m., and reset it for June 4, 2012, at 9:30 a.m.

Counsel for defendant requires further time to review discovery and to consult with Mr. Brown.

The parties further stipulate that the Court should exclude the period from the date of this order through June 4, 2012, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The

Stipulation and [Proposed] Order          1                    12-111 WBS

parties stipulate that the ends of justice served by granting Mr. Brown's request for a continuance outweigh the best interest of the public and Mr. Brown in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4).

Dated: April 19, 2012           Respectfully submitted,

                                DANIEL BRODERICK
                                Federal Defender

                                /s/ M.Petrik
                                _____
                                MICHAEL PETRIK, Jr.
                                Assistant Federal Defender

Dated: April 19, 2012           BENJAMIN B. WAGNER
                                United States Attorney

                                /s/ M.Petrik for
                                _____
                                MATTHEW G. MORRIS
                                Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** The Court orders that the status conference be continued from April 23, 2012, at 9:30 a.m., to June 4, 2012, at 9:30 a.m. The Court also orders time excluded from the date of this order through the status conference on June 4, 2012, pursuant to 18 U.S.C. § 3161(h)(7) (Local Code T4). For the reasons stated above, the Court also finds that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and defendant in a speedy trial.

DATED: April 19, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE