```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MICHAEL PETRIK, Jr., Bar #177913
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 12-111 WBS |
| ) | |
| Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] ORDER |
| ) | TO CONTINUE STATUS CONFERENCE TO |
| v. ) | SEPTEMBER 24, 2012, AT 9:30 A.M. |
| ) | |
| DARREN BROWN, ) | Date: July 23, 2012 |
| ) | Time: 9:30 a.m. |
| Defendant. ) | Judge: Hon. William B. Shubb |
| ) | |

THE PARTIES STIPULATE, through counsel, Matthew G. Morris, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Darren Brown, that the Court should vacate the status conference scheduled for July 23, 2012, at 9:30 a.m., and reset it for September 24, 2012, at 9:30 a.m.

Counsel for defendant requires further time to review discovery, conduct a forensic examination of computer and to consult with Mr. Brown.

/ / /

/ / /

Stipulation and [Proposed] Order     1     12-111 WBS

The parties further stipulate that the Court should exclude the period from the date of this order through September 24, 2012, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting Mr. Brown's request for a continuance outweigh the best interest of the public and Mr. Brown in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4).

Dated: July 18, 2012

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ M.Petrik

MICHAEL PETRIK, Jr.
Assistant Federal Defender

Dated: July 18, 2012

BENJAMIN B. WAGNER
United States Attorney

/s/ M.Petrik for

MATTHEW G. MORRIS
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** The Court orders that the status conference be continued from July 23, 2012, at 9:30 a.m., to September 24, 2012, at 9:30 a.m. The Court also orders time excluded from the date of this order through the status conference on September 24, 2012, pursuant to 18 U.S.C. § 3161(h)(7) (Local Code T4). For the reasons stated above, the Court also finds that the ends of justice served by granting

defendant's request for a continuance outweigh the best interest of the public and defendant in a speedy trial.

DATED: July 18, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE