DANIEL J. BRODERICK, Bar #89424
Federal Defender
MICHAEL PETRIK, Jr., Bar #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 12-111 WBS |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [~~PROPOSED~~] ORDER |
| | ) | TO CONTINUE STATUS CONFERENCE TO |
| v. | ) | NOVEMBER 5, 2012, AT 9:30 A.M. |
| | ) | |
| DARREN BROWN, | ) | Date:  September 24, 2012 |
| | ) | Time:  9:30 a.m. |
| Defendant. | ) | Judge: Hon. William B. Shubb |
| | ) | |

THE PARTIES STIPULATE, through counsel, Matthew G. Morris,

Assistant United States Attorney, and Michael Petrik, Jr., attorney for

Darren Brown, that the Court should vacate the status conference

scheduled for September 24, 2012, at 9:30 a.m., and reset it for

November 5, 2012, at 9:30 a.m.

Counsel for defendant requires further time to review discovery,

conduct a forensic examination of computer and to consult with Mr.

Brown.

/ / /

/ / /

Stipulation and [Proposed] Order            1                      12-111 WBS

1  The parties further stipulate that the Court should exclude the

2  period from the date of this order through November 5, 2012, when it

3  computes the time within which the trial of the above criminal

4  prosecution must commence for purposes of the Speedy Trial Act.  The

5  parties stipulate that the ends of justice served by granting Mr.

6  Brown's request for a continuance outweigh the best interest of the

7  public and Mr. Brown in a speedy trial, and that this is an appropriate

8  exclusion of time for defense preparation within the meaning of 18

9  U.S.C. § 3161(h)(7) (Local Code T4).

10  Dated: September 18, 2012          Respectfully submitted,

11                                     DANIEL BRODERICK
                                       Federal Defender
12
                                       /s/ M.Petrik
13                                     _____
                                       MICHAEL PETRIK, Jr.
14                                     Assistant Federal Defender

15

16  Dated: September 18, 2012          BENJAMIN B. WAGNER
                                       United States Attorney
17
                                       /s/ M.Petrik for
18                                     _____
                                       MATTHEW G. MORRIS
19                                     Assistant U.S. Attorney

20

21                          **ORDER**

22      **IT IS SO ORDERED.**  The Court orders that the status conference be

23  continued from September 24, 2012, at 9:30 a.m., to November 5, 2012,

24  at 9:30 a.m.  The Court also orders time excluded from the date of this

25  order through the status conference on November 5, 2012, pursuant to 18

26  U.S.C. § 3161(h)(7) (Local Code T4).  For the reasons stated above, the

27

28  Stipulation and [Proposed] Order          2                    12-111 WBS

1  Court also finds that the ends of justice served by granting
2  defendant's request for a continuance outweigh the best interest of the
3  public and defendant in a speedy trial.

DATED:  September 18, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE