```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MICHAEL PETRIK, Jr. Bar #177913
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5
   Attorney for Defendant
6  DARREN BROWN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. CR S-12-0111 WBS |
|---|---|
| Plaintiff, | ) STIPULATION AND PROTECTIVE<br>) ORDER REGARDING DEFENSE |
| v. | ) FORENSIC COMPUTER EXAMINATION |
| DARREN BROWN, | ) |
| Defendant. | ) |
| _____ | ) |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, Matthew Morris, Assistant United States Attorney, attorney for Plaintiff, and Michael Petrik, Assistant Federal Defender, attorney for Mr. Brown, as follows.

The parties ask the Court to approve the following proposed protective order governing the defense expert's forensic examination of computer data seized in this case.

In order to advise the defendant adequately, the defense case requires a forensic evaluation by a knowledgeable expert of computer hardware and other material the government alleges contain images of child pornography. The parties have agreed that the attached proposed

order should govern the defense examination of the computer media. They ask the Court to approve the proposed order.

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: October 10, 2012

/s/ *Michael Petrik*
_____
MICHAEL PETRIK
Assistant Federal Defender
Attorney for DARREN BROWN


BENJAMIN B. WAGNER
United States Attorney

Dated: October 10, 2012

/s/ *Michael Petrik* for
_____
MATTHEW MORRIS
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

Pursuant to the parties' agreement, the Court approves the attached protective order.

IT IS SO ORDERED.

Dated: October 10, 2012

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MICHAEL PETRIK, Jr. Bar #177913
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    DARREN BROWN
 7

 8
                 IN THE UNITED STATES DISTRICT COURT
 9
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11
    UNITED STATES OF AMERICA,      )   NO. CR S-12-0111 WBS
12                                 )
              Plaintiff,           )   PROTECTIVE ORDER CONCERNING
13                                 )   DIGITAL MEDIA SAID TO
         v.                        )   CONTAIN CHILD PORNOGRAPHY
14                                 )
    DARREN BROWN,                  )
15                                 )
              Defendant.           )
16                                 )
    _____)
17

18

19                          **O R D E R**

20       IT IS HEREBY ORDERED AS FOLLOWS:

21       1.   The Federal Bureau of Investigation agents shall make a
22  duplicate copy the hard drive and any other storage media available
23  for defense analysis.
24       2.   The duplicate copies of the hard drive and storage media
25  shall be made available for defense counsel, Michael Petrik, defense
26  paralegal, Julie Denny or another member of the defense team, and to
27  defendant's proposed expert, Marcus Lawson, or one of Mr. Lawson's
28  identified colleagues at Global CompuSearch LLC, to review at the
```

1  Sacramento High Tech Task Force offices in Sacramento for the purpose
2  of preparing the defense of the above-entitled action.  Mr. Lawson's
3  identified colleagues are Josiah Roloff, Kevin Peden, Carol Peden, and
4  James Goldman.  The images on the hard drive and storage media shall
5  not be viewed by any other person on behalf of the defense.

6     3.   A private room will be provided for the defense examination.
7  No Government agents will be inside the room during the examination.

8     4.   The expert will be permitted to bring whatever equipment,
9  books, or records he believes may be necessary to conduct the
10 examination.

11    5.   Neither the defense expert nor defense attorneys nor the
12 defense paralegal shall remove the hard drive or other storage media
13 from the confines of the law enforcement office.

14    6.   With the exception of materials which would be considered
15 child pornography under federal law (including visual depictions and
16 data capable of conversion into a visual depiction), the expert may
17 download and remove files or portions of files, provided the forensic
18 integrity of the hard drive is not altered.  The expert will certify
19 in writing (using the attached certification), that he has taken no
20 materials which would be considered child pornography, or data capable
21 of being converted into child pornography, under federal law, and that
22 he has not caused any child pornography to be sent from the law
23 enforcement premises by any means including by any electronic transfer
24 of files.

25    7.   Except when a defense expert fails to provide this
26 certification, no Government agent, or any person connected with the
27 Government, will examine or acquire in any fashion any of the items
28 used by the expert in order to conduct the defense analysis.  Should

2

a defense expert fail to certify that the expert has not copied or removed child pornography, or data capable of being converted into child pornography, Government agents may then inspect or examine the materials in order to ensure that prohibited child pornography has not been removed.

8. When the defense indicates that it is finished with its review of the copy of the hard drives, the drive(s) or other storage devices shall be "wiped" clean.

9. Any disputes regarding the above or problems implementing this order shall be brought to the attention of the court through representative counsel after first consulting opposing counsel.

IT IS SO ORDERED:

Dated: October 10, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

3

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )   NO. CR S-12-0111 WBS
                               )
            Plaintiff,         )
                               )
     v.                        )
                               )
DARREN BROWN,                  )
                               )
            Defendant.         )
_____)

CERTIFICATION

I, _____, certify under penalty of perjury that I have not copied or removed any images of child pornography or data capable of being converted into images of child pornography, or caused the same to be transferred electronically (or by any other means) to any other location, during the course of my review of the evidence in this case.

Date: _____        _____